ORIGINAL

**FILED**

AUG 2 0 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtor

6

7

8              UNITED STATES BANKRUPTCY COURT
9              NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION
10

11  In Re:                          )   Chapter 13
                                    )
12  MARIA DE JESUS HERNANDEZ        )   Case No. 04-52403 MM
                                    )
13                                  )   **NOTICE OF UNCLAIMED DIVIDEND**
                                    )
14              Debtor              )
                                    )
15  _____    )

16  TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17      Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
    referenced case hereby turns over to the Court, Check # 2454293 for an unclaimed dividend
18  in the amount of $35.84.  The name and address of the claimant entitled to the unclaimed
19  dividend is as follows;

20              MARIA DE JESUS HERNANDEZ
                ***MAIL RET'D 04/27/09***
21              1016 MOHAR #6
                SALINAS, CA  93901
22

23

24  Dated:  August 17, 2009                _____
                                           DEVIN DERHAM-BURK, TRUSTEE
25

26

27

28